UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ALFREDO VEGA, | CASE NO. CV 10-8883-TJH (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| ERIC H. HOLDER, JR., et al., | |
| Respondents. | |

The matter having been rendered moot by the removal of Petitioner from the United States, it is hereby adjudged that the petition be DISMISSED.

DATED: 7/15/11

TERRY J. HATTER, JR.
UNITED STATES DISTRICT COURT JUDGE